# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1407
LT Case No. 2021-CA-001283

_____

PHOTONICO, LLC,

 Appellant,

 v.

WILMINGTON TRUST, NATIONAL
ASSOCIATION, ET AL.,

 Appellee.

_____

On appeal from the Circuit Court for Marion County.
Gary L. Sanders, Judge.

Dock A. Blanchard, of Blanchard, Merriam & Adel, P.A., Ocala,
for Appellant.

Todd F. Kobrin, and Jennifer Sommerville, of Shutts & Bowen
LLP, Orlando, and Frederick W.H. Carter, of Venable LLP,
Washington, DC, for Appellee.

November 21, 2023

PER CURIAM.

 AFFIRMED.

HARRIS, SOUD, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____